IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2006 AUG 18 PM 4: 13
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No. EP-99-CR-1239-DB |
| ) | |
| ) | |
| EFRAIN CHAVEZ             ) | |

## ORDER REVOKING SUPERVISED RELEASE

On August 18, 2006 came on to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, Efrain Chavez, had violated the conditions of supervised release imposed by virtue of the Judgment entered herein on July 20, 2006 and Order Modifying Conditions of Supervision filed April 19, 2006 in that the defendant failed to abstain from the use of alcohol and/or other intoxicants during the term of supervision in violation of a special condition number two of his conditions of supervised release. The Court further found that continuing the defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted.

It is therefore ORDERED that the petition for revocation of supervised release filed herein on July 20, 2006, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of

Defendant, Efrain Chavez, be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of ten (10) months and 42 days.

The Court recommends commitment at F.S.L., La Tuna, Texas.

SIGNED and ENTERED this ___18th___ day of August, 2006.

_____
DAVID BRIONES
United States District Judge